UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 23.126.177.109,<br><br>    Defendant. | Case Number: 3:23-cv-03075-LJC<br><br>Honorable Lisa J. Cisneros<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

  THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

  ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until December 12, 2023 to effectuate service of a summons and Complaint on Defendant.

  **DONE AND ORDERED**.

Dated: September 6, 2023      By: _____
                      **United States Magistrate Judge**
                      Hon. Lisa J. Cisneros